UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Y.G.B.,

                              Petitioner,                        **ORDER**

                    v.                                          25-CV-6244 (NRM)

JUDITH ALMODOVAR, ACTING DIRECTOR OF
ENFORCEMENT AND REMOVAL OPERATIONS,
NEW YORK CITY FIELD OFFICE, IMMIGRATION
AND CUSTOMS ENFORCEMENT; TODD LYONS,
ACTING DIRECTOR, U.S. IMMIGRATIONS AND
CUSTOMS ENFORCEMENT; KRISTI NOEM,
SECRETARY, U.S. DEPARTMENT OF HOMELAND
SECURITY; PAMELA BONDI, U.S. ATTORNEY
GENERAL; EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW, IN THEIR OFFICIAL
CAPACITIES,

                              Respondents.
-------------------------------------------------------------x

WHEREAS, Petitioner filed the instant Petition for a Writ of Habeas Corpus on November 7, 2025;

WHEREAS, the Court held a conference with the parties on November 24, 2025 at 11:30 a.m., during which the during which counsel for Respondents informed the Court that Petitioner remained in the custody of U.S. Immigration and Customs Enforcement ("ICE") but that ICE planned to release him from custody on or about November 25, 2025. Respondents' counsel further informed the Court that, upon review of the Petition and after consultation with Petitioner's counsel, following Petitioner's release from custody, Respondents were prepared to agree not to re-detain Petitioner for the duration of his removal proceedings and that they had no objection to having this Court enter an order to that effect;

WHEREAS, in light of the parties' good faith discussions of the aforementioned agreement and Petitioner's anticipated release from custody, the Court suspended its earlier deadline for Respondents to file a response to the merits of the petition pending submission of a proposed consent order;

WHEREAS, the Court received a proposed Order from Respondents as well as letters from both parties setting forth their position as to certain terms on November 24, 2025, and subsequently held a conference concerning the proposed Order on November 25, 2025 at 3:00 p.m.;

And now, with Respondents' consent, the Court hereby enters the following order:

IT IS HEREBY ORDERED that ICE shall not re-detain Petitioner except for the purpose of executing a final removal order, or in the event that Petitioner is arrested for criminal conduct.

Nothing in this Order shall preclude Petitioner from challenging any future detention or other restraints on his liberty that may be imposed by Respondents, whether on the ground that Respondents have violated his constitutional right to due process or any other provision of law.

November 25, 2025
Brooklyn, New York


  /s/ Nina R. Morrison
NINA R. MORRISON
U.S.D.J. E.D.N.Y.